United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 20-14107-pmm

Pablo Almanzar Aquino                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                      User: admin                      Page 1 of 3

Date Rcvd: Feb 05, 2021            Form ID: 318                  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pablo Almanzar Aquino, 721 W. Cedar Street, Allentown, PA 18102-1539 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14551047 | | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581-5171 |
| 14551049 | | Capital Blue, Payment Processing, P.O. Box 371482, Pittsburgh, PA 15250-7482 |
| 14551055 | + | EMI Health, 5101 S. Commerce Drive, Salt Lake City, UT 84107-4784 |
| 14551056 | | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14551060 | | First Commonwealth FCU, P.O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14551062 | | Health Network Laboratories, 794 Roble Road, Allentown, PA 18109-9110 |
| 14551066 | + | Joshua Thomas McNamara, Esquire, Law offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14551067 | | KCC Services LLC, P.O. Box 707, Richland, PA 17087-0707 |
| 14551068 | | Lehigh Valley Health Network, P.O. Box 781733, Philadelphia, PA 19178-1733 |
| 14551070 | | Lendmark Financial Services, 42 E. Germantown Pike, East Norriton, PA 19401-1512 |
| 14551071 | + | MAPFRE Insurance Company, P.O. Box 6004, Gilbert, AZ 85299-6004 |
| 14551074 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14551076 | + | Northeastern Anesthesia Physicians, PC, 24 S. 18th Street, Allentown, PA 18104-5622 |
| 14551077 | | Penn Credit Corporation, P.O. Box 69703, Harrisburg, PA 17106-9703 |
| 14551078 | + | PennyMac, P.O. Box514387, Los Angeles, CA 90051-4387 |
| 14551079 | + | Progressive Vision Institute of Allentow, 201 E. Laurel Blvd., Pottsville, PA 17901-2534 |
| 14551080 | + | Radius Global Solutions LLC, P.O. Box 390916, Minneapolis, MN 55439-0911 |
| 14551081 | + | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 14551083 | | Sacred Heart Healthcare System, 11350 McCormick Road, Executive Plaza Suite 600, Hunt Valley, MD 21031-1002 |
| 14551087 | + | St. Luke's University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14551092 | | Young's Medical Equipment, P.O. Box 825543, Philadelphia, PA 19182-5543 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Feb 06 2021 04:23:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | EDI: PENNDEPTREV | Feb 06 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2021 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2021 05:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

Case 20-14107-pmm  Doc 19  Filed 02/07/21  Entered 02/08/21 00:47:21  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 318 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-4404 |
| 14551046 | + | EDI: AMEREXPR.COM | Feb 06 2021 04:13:00 | AMEX, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14551048 | + | EDI: BANKAMER2.COM | Feb 06 2021 04:13:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19850-7054 |
| 14551050 | | Email/Text: cms-bk@cms-collect.com | Feb 06 2021 05:22:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14551051 | + | EDI: CONVERGENT.COM | Feb 06 2021 04:23:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, Renton, WA 98057-4927 |
| 14551052 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2021 04:37:26 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14551053 | | EDI: DISCOVER.COM | Feb 06 2021 04:13:00 | Discover, P.O. Box 15251, Wilmington, DE 19886 |
| 14551054 | | EDI: DISCOVER.COM | Feb 06 2021 04:13:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14551059 | | EDI: BLUESTEM | Feb 06 2021 04:23:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14551061 | + | EDI: AMINFOFP.COM | Feb 06 2021 04:23:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14551064 | | EDI: JEFFERSONCAP.COM | Feb 06 2021 04:23:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14551072 | + | Email/Text: bknotices@mbandw.com | Feb 06 2021 05:23:00 | McCarthy, Burgess & Wolff, The MB&W Building, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 14551073 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2021 04:58:12 | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1500 |
| 14551075 | + | EDI: MID8.COM | Feb 06 2021 04:23:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14551082 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 06 2021 05:24:00 | Receivables Management Partners, LLC, P.O. Box 349, Greensburg, IN 47240-0349 |
| 14551089 | | EDI: AISTMBL.COM | Feb 06 2021 04:13:00 | T Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14551090 | + | EDI: CITICORP.COM | Feb 06 2021 04:13:00 | The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14551091 | + | EDI: VERIZONCOMB.COM | Feb 06 2021 04:13:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14551069 | | Lehigh Valley Physician Group |
| 14551084 | | Sequium Asset Solution |
| 14551085 | | St. Luke's Physicians Group |
| 14551086 | | St. Luke's Physicians Group |
| 14551057 | * | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14551058 | * | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14551063 | * | Health Network Laboratories, 794 Roble Road, Allentown, PA 18109-9110 |
| 14551065 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14551088 | *+ | St. Luke's University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 318 | Total Noticed: 47 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| TOVA WEISS | on behalf of Debtor Pablo Almanzar Aquino weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pablo Almanzar Aquino | Social Security number or ITIN  xxx–xx–0808 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–14107–pmm | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pablo Almanzar Aquino

2/4/21                                                    **By the court:**  Patricia M. Mayer
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**